# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
**Docket No. 7:01-CR-63-1F**

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| Terry Leon Highsmith | ) | |

On June 21, 2002, Terry Leon Highsmith appeared before the Honorable James C. Fox, Senior U.S. District Judge, in the Eastern District of North Carolina, and upon a plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §922(g)(1) was sentenced to the custody of the Bureau of Prisons for a term of 180 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. On February 3, 2003, the imprisonment term was reduced to 135 months, and the criminal fine reduced to $7,000 pursuant to 18 U.S.C. §3583(c)(2). On March 3, 2009, the imprisonment term was further reduced to 101 months, and the fine reduced to $6,000 pursuant to Rule 35(b). Terry Leon Highsmith was released from custody and the term of supervised release commenced on March 5, 2009.

From evidence presented at the revocation hearing on August 2, 2011, the court finds as a fact that Terry Leon Highsmith, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to notify the probation officer ten days prior to any change in residence.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 13 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of August, 2011.

_____
James C. Fox
Senior U.S. District Judge